# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BERNADETTE MALDONADO,

      Plaintiff,

v.                                                                                                     No. CV 21-1 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER EXTENDING BRIEFING SCHEDULE DEADLINES

**THIS MATTER** is before the Court on Plaintiff Bernadette Maldonado's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed July 12, 2021. In the Motion, Ms. Maldonado requests a fourteen-day extension of the deadlines set forth in the Court's Order Setting Briefing Schedule, (Doc. 17). (Doc. 18 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ms. Maldonado shall file her motion to reverse or remand the administrative agency decision by July 26, 2021. The Commissioner shall file her response to Ms. Maldonado's motion by September 24, 2021, and Ms. Maldonado shall file a reply by October 8, 2021.

**IT IS SO ORDERED**.

                                                                      _____
                                                                       THE HONORABLE CARMEN E. GARZA
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.